IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PAMELA EAGER** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| v. | : | No.: 17-cv-3208 |
| **ANDREW M. SAUL,** Commissioner of Social Security, | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this 30th day of September, 2019, upon consideration of the parties' submissions, and after careful and independent review of the Report and Recommendation of United States Magistrate Judge Richard A. Lloret (Doc. No. 18), it is **ORDERED** that:

1. The Objections to the Report and Recommendation are overruled;

2. The Report and Recommendation is **APPROVED** and **ADOPTED**;

3. Petitioner's Request for Review (Doc. No. 13) is **DENIED** and the final order of the Commissioner of Social Security is **AFFIRMED**;

4. **JUDGMENT IS ENTERED** by separate document, filed contemporaneously. See *Shalala v. Schaefer*, 509 U.S. 292, 303 (1993); *Kadelski v. Sullivan*, 30 F.3d 399, 402 (3d Cir. 1994); Fed. R. Civ. P. 58(a); and

5. The Clerk of Court shall mark this case **CLOSED** for all purposes including statistics.

                                      **BY THE COURT:**

                                      */s/ Robert F. Kelly*
                                      **ROBERT F. KELLY**
                                      **SENIOR JUDGE**